IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-mj-02140 |
| | ) | JUDGE FRENSLEY |
| ESPERANZA DE LA PAZ | ) | |
| HERNANDEZ DE LONES a/k/a | ) | |
| ESPERANZA HERNANDEZ-CHICAS | ) | |

## UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America by Herbert L. Bunton III, Acting United States Attorney, and Robert E. McGuire, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves – (A) a serious risk that such person will flee; or (B) a serious risk that such person will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror." 18 U.S.C. § 3142(f)(2).

As detailed in the Affidavit in support of the Criminal Complaint (CRIMINAL COMPLAINT, DE 1, Page ID #2) the Defendant is a citizen of El Salvador and unlawfully present in the United States. The Defendant also poses a serious risk of flight. This risk is based on more factors unrelated to the Defendant's immigration detainer. The complaint also details the Defendant had been ordered removed from the United States by an Immigration Judge and was subsequently removed from the United States multiple times since. The Defendant's continuous

removals and returns to this country, despite the valid removal order, suggest she will not abide by the requirement that she appear in court. Additionally, deportation is avoidable only if she flees. The Defendant's actions indicate a disregard for the authority of the United States and its laws.

As detailed in the Affidavit in support to the Criminal Complaint, the Defendant has a long criminal history going back over three decades. The Defendant has multiple federal convictions. *Id*. Twice the Defendant was convicted in the Middle District of Tennessee for Illegal Re-entry in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2). Taken together, this suggests that the Defendant has a strong incentive to flee and avoid criminal and immigration consequences.

For these reasons (which the United States would expand on at a detention hearing) we ask the Defendant be detained until trial. Additionally, the United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

By:

*/s/ Herbert L. Bunton III*
HERBERT L. BUNTON III
Assistant U.S. Attorney
719 Church St., Suite 3300
Nashville, Tennessee 37203

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be filed electronically via CM/ECF on the 11th day of April, 2025.

*/s/ Herbert L. Bunton III*
HERBERT L. BUNTON III