AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By AAllen at 10:38 am, Apr 11, 2025

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Esperanza De La Paz HERNANDEZ De Lones<br>a/k/a<br>Esperanza HERNANDEZ-Chicas<br><br>*Defendant* | )<br>)  Case No. 25-mj-2140<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Esperanza De La Paz HERNANDEZ De Lones a/k/a  Esperanza HERNANDEZ-Chicas    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

A violation of 8 U.S.C., Sections 1326(a) and 1326(b)(2) - Illegal re-entry of removed alien.

Date: 04/11/2025

*Issuing officer's signature*

City and state: NASHVILLE, TN

Hon. Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4-11-25, and the person was arrested on *(date)* 4-11-25
at *(city and state)* _____

Date: 4-11-25

*Arresting officer's signature*

Michael Hecb
*Printed name and title*