IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 25-mj-2140 |
| ) | |
| ESPERANZA DE LA PAZ HERNANDEZ ) | |
| DE LONES ) | |

### O R D E R

      A preliminary hearing was commenced on April 21, 2025. The defendant Esperanza de la Paz Hernandez de Lones appeared with counsel, Assistant Public Defender Caryll Alpert. Assistant U.S. Attorney Rachel Stephens appeared for the United States (the "government"). For the reasons discussed in open court, the determination of probable cause is taken under advisement, to allow the parties to brief the issues raised by the defendant. The government must, by no later than **April 28, 2025**, filed a post-hearing brief that addresses the issue of probable cause, specifically as applied to the elements of the offense(s) alleged in the complaint (Docket No. 1) and, in particular, whether the defendant must be in the United States voluntarily to establish probable cause, and, if so, what constitutes circumstances of voluntariness. The defendant must file a responsive brief by no later than **May 5, 2025**. The defendant shall remain in custody pending a determination under Fed. R. Crim. P. 5.1.

      It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge