IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-00102 |
| v. | ) | |
| | ) | 8 U.S.C. § 1326(a) |
| ESPERANZA DE LA PAZ HERNANDEZ DE LONAS | ) | 8 U.S.C. § 1326(b)(2) |
| a/k/a | ) | |
| ESPERANZA HERNANDEZ-CHICAS | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about April 11, 2025, in the Middle District of Tennessee, the defendant, **ESPERANZA DE LA PAZ HERNANDEZ DE LONAS**, a/k/a **ESPERANZA HERNANDEZ-CHICAS**, an alien, was found in the United States after having been deported therefrom subsequent to a conviction for commission of an aggravated felony, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

███████████████

FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

_[signature]_

HERBERT L. BUNTON III
ASSISTANT UNITED STATES ATTORNEY