UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|     Plaintiff, | ) |  |
| v. | ) | NO. 3:25-cr-00102 |
| ESPERANZA HERNANDEZ DE LONES, | ) |  |
|     Defendant. | ) |  |

## ORDER SCHEDULING AN ARRAIGNMENT

An arraignment in this case is scheduled as follows:

| Place: U.S. Courthouse<br>719 Church Street<br>Nashville, TN 37203 | Courtroom No: 5B |
|---|---|
|  | Date and Time: 05/30/2025 at 10:00 a.m. |

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE